E-FILED 12/10/15

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SAVVY OF BOULDER LLC, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**PLAINS ALL AMERICAN PIPELINE, L.P., A DELAWARE LIMITED PARTNERSHIP,**<br><br>Defendant. | Case No.: CV15-04440 PSG (JEMx)<br><br>[~~PROPOSED~~] ORDER RE: PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL<br><br>HON. PHILIP S. GUTIERREZ |

Based upon Plaintiff's Notice of Voluntary Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: 12/10/15

PHILIP S. GUTIERREZ

HON. PHILLIP S. GUTIERREZ
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER                           CV15-04440 PSG (JEMx)